UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONTINA FLORICA BALOS,<br><br>                       plaintiff,<br><br>  vs.<br><br>FRANK UNPINGCO, etc., et al.,<br><br>                      defendants. | Case no. EDCV 16-2319 JGB-SPx<br><br>[Proposed] ORDER TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS<br><br>Complaint served: December 1, 2016<br>Current response date: December 22, 2016<br>New response date: January 20, 2017 |

    Ex parte application having been made, and good cause appearing, the time within which the defendants Laura Roughton, Verne Lauritzen, Brian Berkson, Brad Hancock, Frank Johnson, George Ruiz and Gary Thompson must respond to the initial complaint in this action is extended to and through January 20, 2017.

Dated: _____

                                              _____<br>
                                              JESUS G. BERNAL<br>
                                              United States District Judge

| | |
|---|---|
| 1 | PROOF OF SERVICE |
| 2 | I, the undersigned, declare: |
| 3 | 1. I am over the age of 18 and not a party to this case. My business address is: Graves & King |
| 4 | LLP, 2610 14th Street, 2nd Floor, Post Office Box 1548, Riverside, California 92502. |
| 5 | 2. On December 22, 2016, I served a copy of the foregoing document, entitled [Proposed] |
| 6 | ORDER TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN |
| 7 | 30 DAYS, on the following person at her last known addresses by placing a true and correct copy |
| 8 | thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as |
| 9 | follows. |
| 10 | LEONTINA FLORICA BALOS |
| 11 | 8993 Jurupa Road |
| 12 | Riverside, California 92509 |
| 13 | Plaintiff pro se |
| 14 | 3. I am employed in the office of a member of the bar of this Court, at whose direction this |
| 15 | service was made. |
| 16 | I declare under penalty of perjury that the foregoing is true and correct. |
| 17 | Executed at Riverside, California, December 22, 2016. |
| 19 | /s/ *Angelic C. Cummings* |
| 20 | _____<br>Angelic C. Cummings |